IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:04-CR-78-FL-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER |
| EUGENE HORTON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion for early termination of supervised release (DE 71). Upon review of the motion, and upon consideration of the status report submitted at the request of the court by the United States Probation Office, for good cause shown, the motion is granted. In accordance with the foregoing, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

SO ORDERED, this the 14th day of August, 2014.

_____
LOUISE W. FLANAGAN
United States District Judge